Eastern District of Kentucky
FILED

NOV 05 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-128-CHB-MAS

**TIMOTHY MICHAEL McCOY**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about July 19, 2026, in Scott County, in the Eastern District of Kentucky,

**TIMOTHY MICHAEL McCOY**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

Before **TIMOTHY MICHAEL McCOY** committed the offense charged in this count, **TIMOTHY MICHAEL McCOY** had a final conviction for a serious drug felony, namely, a conviction for Trafficking in a Controlled Substance (Methamphetamine), in the Bracken Circuit Court, Criminal Case No. 22-CR-0041, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant

offense.

**COUNT 2**
**18 U.S.C. § 922(g)(1)**

On or about July 19, 2026, in Scott County, in the Eastern District of Kentucky,

**TIMOTHY MICHAEL McCOY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm: Glock, Model 17 Gen 5, 9x19mm semiautomatic pistol bearing serial number CCAB502, and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**COUNT 3**
**18 U.S.C. § 924(c)(1)(A)**

On or about July 19, 2026, Scott County, in the Eastern District of Kentucky,

**TIMOTHY MICHAEL McCOY**

did possess a firearm in furtherance of a drug crime as charged in Count 1 of this Indictment for which he may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**18 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Count 1 of this Indictment, **TIMOTHY MICHAEL McCOY** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly

or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **TIMOTHY MICHAEL McCOY** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of this Indictment, **TIMOTHY MICHAEL McCOY** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and/or 924. Any and all interest that **TIMOTHY MICHAEL McCOY** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. Glock, Model 17 Gen 5, 9x19mm semiautomatic pistol bearing serial number CCAB502; and
b. All associated ammunition and magazines.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**RONALD L. WALKER JR.**
Asst. **UNITED STATES ATTORNEY**

# PENALTIES

| | |
|---|---|
| **COUNT 1:** | Not less than 5 years imprisonment nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release. |
| | **If prior conviction for a serious drug felony or serious violent felony:** Not less than 10 years imprisonment nor more than life, not more than an $8,000,000 fine, and at least 8 years supervised release. |
| **COUNT 2:** | Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release. |
| **COUNT 3:** | Not less than 5 years imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and a term of supervised release of not more than 5 years. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |